**E-FILED**
Wednesday, 05 December, 2007  03:33:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

UNITED STATES OF AMERICA

v.

OLAITAN O. FOWOWE, SASHA DALEY
and RASHAUD HARRELL

FILED

DEC - 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
DISTRICT OF ILLINOIS
URBANA, IL

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 7262

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>beginning as early as 2003 and continuing until November 2007</u> in _____ Champaign _____ County, in the _____ Central _____ District of _____ Illinois _____ defendants:

knowingly and intentionally conspired to distribute cocaine and cocaine base ("crack")

in violation of 21 U.S.C. § 841(a)(1) and 846.

I further state that I am a _____ DEA Task Force Agent _____ and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ■ Yes    □No

s/ Matthew D. Henson
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_November 5, 2007_____    at    Urbana, Illinois_____
Date                                                     City and State

David G. Bernthal                              s/ David G. Bernthal
<u>U.S. Magistrate Judge</u>                   _____
Name & Title of Judicial Officer                Signature of Judicial Officer

STATE OF ILLINOIS   )
         ) ss
COUNTY OF CHAMPAIGN )

# AFFIDAVIT

I, Matthew D. Henson, being first duly sworn, hereby state:

1. I am an Officer with the Champaign Police Department (CPD) and am currently assigned to the Champaign Narcotics Unit, whose primary objective is to conduct mid-level narcotics investigations. I have been with CPD for approximately six years and assigned to the Champaign Narcotics Unit since September 2003. I was deputized by the DEA as Task Force Officer for this investigation in May 2007.

2. This affidavit is submitted in support of a complaint charging OLAITAN O. FOWOWE, year of birth reported as 1981, RASHAUD C. HARRELL, year of birth 1981, and SASHA N. DALEY, year of birth reported as 1984, with conspiracy to distribute cocaine and cocaine base ("crack") in violation of Title 21, United States Code, Sections 841(a)(1), and 846.

3. I am familiar with the following facts based upon my own personal observation and upon information officially supplied to me by other law enforcement agents.

4. Since approximately 2002, law enforcement agencies, including the DEA, members of the Champaign, Illinois Police Department, Urbana, Illinois Police Department Street Crimes Unit, and the Champaign County, Illinois Sheriff's Office Street Crimes Unit have conducted an ongoing investigation of an organization, which

1

is believed to be responsible for the distribution of multiple kilograms of cocaine and crack cocaine in the Champaign County, Illinois area. One of the leaders of the organization has been identified as OLAITAN O. FOWOWE, a/k/a MELVIN.

5.    Based on information developed during the ongoing investigation, officers have learned that the organization has recruited several persons to assist in the facilitation of this criminal drug conspiracy. These persons have been responsible for renting vehicles which were used to transport cocaine from Chicago, Illinois to Champaign, Illinois; transporting cocaine to Champaign-Urbana, Illinois; transporting currency generated from drug sales back to Chicago, Illinois; renting apartments in the Champaign-Urbana, Illinois area for drug dealers to utilize as their base of operation; and obtaining cellular telephones in their names to prevent law enforcement from being able to track the activities of the hierarchy of this organization.

6.    To date, officers have conducted 23 search warrants on residences and vehicles in the Champaign County, Illinois area that are believed to be tied to the organization. Those searches have led to the seizure of five vehicles; approximately 405 grams of cannabis; approximately 1,722 grams of powder cocaine; approximately 928 grams of crack cocaine; eight semi-automatic handguns/revolvers, two of which were previously reported as stolen; and $105,716 in cash.

7.    FOWOWE is currently serving an six-year sentence for manufacture/delivery of a controlled substance in the Illinois Department of Corrections at the Crossroads Correctional Center, located at 3210 West Arthington,

2

Chicago, Illinois 60624. Crossroads Correctional Center is a work release center. As part

of his sentence, FOWOWE is allowed to leave the facility at approximately 7:00 a.m. so

that he can travel to his place of employment. It is believed that FOWOWE has to return

to this facility at approximately 7:00 p.m. every evening. Based on surveillance of

FOWOWE by law enforcement officers since October 23, 2007, FOWOWE has no known

source of legitimate employment.

       8.     Based on information developed in this investigation, officers have

learned that the organization has created a master customer telephone list of persons in

the Champaign County, Illinois area who purchase crack and powder cocaine.

FOWOWE is responsible for directing the organization's street level narcotics dealers

and providing them with customers' telephone numbers. FOWOWE has also provided

his own cellular telephone numbers to customers so that they could contact him directly

should they have any problems with their service. FOWOWE has also provided the

customers with new cellular telephone numbers to call to reach the street level dealers.

       9.     On March 22, 2003, officers conducted a traffic stop in Saint Joseph,

Champaign County, Illinois on a vehicle. The driver of the vehicle initially identified

himself as Mark Evans. It was later determined during this traffic stop that the driver's

true identity was FOWOWE. Officers conducted a search of this vehicle and located 1.6

grams of crack cocaine and $1,903 in cash, which was seized from FOWOWE's person.

At the time of the stop, the vehicle contained three passengers, one of whom was

MICHAEL A. WALTON. WALTON is a cousin of RASHAUD C. HARRELL. Officers

3

also determined that the vehicle was a rental car owned by a company in Peoria,
Illinois.

10.    Between September 5, 2003, and December 10, 2003, officers utlized
confidential informants to conduct a controlled purchase of crack cocaine in Champaign
County from each of AUBREY BUTLER and two other men. During the investigation,
officers identified a duplex unit at 1806B Perkins Road, Urbana, Illinois, as a residence
utilized by these persons.

11.    On December 10, 2003, officers executed a search warrant at 1806B Perkins
Road, Urbana, Illinois. During the search, officers seized 13.6 grams of crack cocaine,
scales, packaging materials, a Smith and Wesson .357 revolver, a H&K .40 caliber semi-
automatic pistol, ammunition for both handguns, and $5,533 in cash.

12.    Officers also conducted a follow-up interview with a female identified
during the investigation. This female had been determined by officers to have rented
four vehicles from Enterprise Rent A Car between the dates of September 9, 2003, and
November 26, 2003. In addition, on November 25, 2003, AUBREY BUTLER was driving
a vehicle when it was stopped by the Illinois State Police on Interstate 57 in Champaign
County. The vehicle AUBREY BUTLER was driving was owned by Enterprise Rent A
Car and had been rented by this same female.

13.    Officers also interviewed SHAKEYNA JEANES on December 18, 2003.
During the interview, SHAKEYNA JEANES advised that she had been employed by
Enterprise Rent A Car in August 2000 and that she rented nine vehicles for AUBREY

4

BUTLER between February 28, 2003, and November 10, 2003. AUBREY BUTLER had paid her cash to rent these vehicles. SHAKEYNA JEANES further advised that she had obtained cellular telephones for AUBREY BUTLER during this same time period and that he paid the bills for these cellular telephones. JEANES stated that she had been inside 1806B Perkins Road, Urbana, Illinois on one occasion when AUBREY BUTLER and two other men were cooking crack cocaine. JEANES stated that she had been in a vehicle with AUBREY BUTLER on approximately 15 occasions when AUBREY BUTLER had made deliveries of crack cocaine to customers in the Champaign-Urbana, Illinois area.

14.    On September 24, 2003, officers conducted a vehicle stop at 1806 Cottage Grove, Urbana, Illinois. The black male driver of the vehicle initially identified himself as IVRAN D. GALMORE but was later identified as FOWOWE.

15.    On December 4, 2003, officers responded to a domestic disturbance call at 312 West Springfield, Apartment 304, Urbana, Illinois. After arriving at the residence, officers made contact with RASHAUD C. HARRELL and were allowed entry in the residence, during which officers observed contraband in plain view. As a result, officers obtained a search warrant for the residence. Officers identified the residents of the apartment as RASHAUD HARRELL and FOWOWE. During the search, officers seized $1,162 in cash, 12.68 grams of crack cocaine, and a Sig Sauer .45 caliber Model P220 handgun and loaded magazine, all of which were located in FOWOWE'S bedroom. In addition, officers seized $13,590 in cash, a Smith and Wesson .380 caliber semi-

5

automatic pistol with the serial number defaced, a Bryco Arms 9 mm Jennings semi-automatic handgun and a Sony 60″ plasma television, all of which were located in RASHAUD HARRELL'S bedroom. At the time of the search, other persons inside the apartment were SASHA N. DALEY, MICHAEL LOVE and KRISTOPHER M. DAVIS.

16.     On February 17, 2004, officers conducted a traffic stop of AUBREY BUTLER in Urbana, Illinois after observing him driving a vehicle and knowing he did not have a valid driver's license. The stop occurred near the entry gate of Melrose Apartment Complex, located in the 1600 block of North Lincoln Avenue, Urbana, Illinois. BUTLER was arrested for driving with a suspended license and officer's conducted a search of his vehicle incident to his arrest. During the search, officers seized 1,098.82 grams of powder cocaine located in the trunk of the vehicle, $965 in cash, and two cellular telephones.

17.     Later that same day, officers conducted interviews with MORGAN F. WILLIAMS and SASHA DALEY at 1716 Melrose Village Court, Apartment 1634, Urbana, Illinois. This address was located inside the Melrose Apartment Complex. MORGAN WILLIAMS advised officers that she was AUBREY BUTLER'S girlfriend and that BUTLER would leave sums of cash at her apartment so she could bond him out if he was arrested on new criminal charges. MORGAN WILLIAMS further advised that AUBREY BUTLER had been en route to her apartment at the time he was stopped by the police.

18.    During the interview of SASHA DALEY, she advised officers that she also residied at the Urbana apartment but would not provide officers with any other information in connection with AUBREY BUTLER. During a later search of the apartment, officers did not locate anything of evidentiary value.

19.    On August 15, 2004, officers conducted a traffic stop in Champaign, Illinois of a vehicle driven by IVRAN D. GALMORE. Following the stop, GALMORE fled the scene and was later arrested. During a search of the vehicle, officers seized approximately 87 grams of crack cocaine. IVRAN D. GALMORE is the same name utilized by FOWOWE during the traffic stop on March 22, 2003.

20.    Between December 10, 2004, and January 7, 2005, officers utilized a confidential informant to conduct a controlled purchase of crack cocaine in Champaign, Illinois from AUBREY BUTLER, two controlled purchases of crack cocaine from RASHAUD C. HARRELL in Champaign, Illinois, one controlled purchase of crack cocaine from MAURICE T. RATHER in Champaign, Illinois, and two controlled purchases of crack cocaine from DAMACIO S. WALLER, with one buy taking place in Champaign and one buy occurring in Urbana, Illinois. As a result of these controlled purchases of crack cocaine and associated surveillance, officers executed three search warrants on January 8, 2005, at 706 South Locust Street, Apartment #13, Champaign, Illinois, 911 South Locust Street, Apartment #306, Champaign, Illinois and 1806 Cottage Grove, Apartment 304, Urbana, Illinois. Officers located DAMACIO WALLER and MAURICE RATHER at 706 South Locust Street, Apartment #13, Champaign, Illinois at

7

the time of the search. During the search, officers seized $11,260 in cash, packaging

materials, cocaine residue, three cellular telephones and a BB pistol. Officers

determined that this apartment was rented by a female identified as NICOLE LEWIS.

21.     During the search of 911 South Locust Street, Apartment #306,

Champaign, Illinois, officers seized 0.4 grams of crack cocaine, a digital scale, an Illinois

driver's license issued to AUBREY BUTLER, an Illinois identification card issued to

AUBREY BUTLER, receipts containing the names of DAMACIO WALLER and

MAURICE RATHER, and glassware which had been used to cook crack cocaine.

Officers determined that this apartment had been rented by SHAKEYNA JEANES.

SHAKEYNA JEANES had previously been identified as AUBREY BUTLER'S girlfriend.

22.     During the search of 1806 Cottage Grove, Apartment #304, Urbana,

Illinois, officers located indicia for MARY ANN JOHNSON-WAKAMA and determined

that this apartment had been rented by her. In addition, officers determined that two of

the vehicles observed during the transactions with BUTLER, RATHER, HARRELL, and

WALLER had been rented by MARY ANN JOHNSON-WAKAMA through Enterprise

Rent A Car and that another vehicle used during the transactions was also rented

through Enterprise Rent A Car. Finally, officers determined that a 2002 GMC Yukon

Denali utilized by BUTLER during his controlled delivery of crack cocaine had been

purchased by BUTLER for $32,771.83 in cash and titled in the name of MELANIE J.

AUSTIN.

23.    Officers conducted a follow-up interview with MARY ANN JOHNSON-WAKAMA.  She advised that she had initially met MAURICE RATHER at a social gathering and that she was introduced to AUBREY BUTLER and DAMACIO WALLER by MAURICE RATHER. MARY ANN JOHNSON-WAKAMA stated she began renting vehicles for MAURICE RATHER approximately two weeks after they met.  She further stated that MAURICE RATHER would pay for all the expenses associated with renting the vehicles.

24.    Officers also conducted a follow-up interview with NICOLE LEWIS. Officers were aware that NICOLE LEWIS had rented the apartment located at 706 South Locust Street, Apartment #38, Champaign, Illinois in September 2004. NICOLE LEWIS stated she lived in this apartment for approximately one week before moving into an apartment with her sister and cousin. She advised that AUBREY BUTLER and MAURICE RATHER sub-let this apartment from her. NICOLE LEWIS further stated that AUBREY BUTLER paid her $1,006 in cash to cover the first and last month rent and that she would stop by the apartment and pick up the rent money from either AUBREY BUTLER or MAURICE RATHER.

25.    On October 25, 2005, officers utilized a confidential informant to purchase 56.5 grams of crack cocaine from AUBREY BUTLER in exchange for $2000 in cash. This transaction took place in Champaign, Illinois. BUTLER subsequently pleaded guilty in the Central District of Illinois to distribution of 50 or more grams of crack cocaine and

was sentenced to 20 years of imprisonment. He has agreed to cooperate with the government with the hope of receiving a sentence reduction.

26.    On May 9, 2006, officers interviewed AUBREY BUTLER. BUTLER advised officers that he came to Champaign-Urbana, Illinois in 2002 and began selling crack and powder cocaine. BUTLER advised that a male subject initially assisted him with selling one-eighth kilograms of cocaine during this time period. As his business began to grow, BUTLER had FOWOWE and others assist him with selling the cocaine.

27.    BUTLER further stated that as his business continued to grow through 2002 and into 2003, he had several persons assisting with the sale of cocaine in the Champaign-Urbana area. When BUTLER was living on Perkins Road in Urbana, Illinois in 2003, he was selling one half kilogram of cocaine a week and was using different sources to obtain kilograms of cocaine from Chicago, Illinois. BUTLER also developed a connection for kilograms of cocaine through RASHAUD HARRELL.

28.    BUTLER advised that RASHAUD HARRELL was charging him $21,000 and $22,000 per kilogram of cocaine and that BUTLER was making $60,000 profit a month from selling cocaine. When one of his associates was arrested in Urbana, Illinois, BUTLER's business shut down, but he returned to Champaign-Urbana in the fall of 2003 and began selling cocaine again.

29.    BUTLER advised that after resuming his cocaine business, he had two male subjects assisting him with selling powder and crack cocaine. BUTLER was dating SHAKEYNA JEANES during this time period, and she was responsible for renting

10

several vehicles for them through Enterprise Rent A Car. BUTLER used JEANES'

apartment in Champaign to cook powder cocaine into crack cocaine.

30.    BUTLER further stated that in the fall of 2004, RASHAUD HARRELL and

two other persons were selling between one-quarter kilogram and one-half kilogram of

powder cocaine and crack cocaine in Champaign-Urbana. BUTLER and RASHAUD

HARRELL'S group were both using a female to transport the cocaine from Chicago,

Illinois to Champaign. This female was being paid $500 per trip to drive the cocaine to

Champaign-Urbana.

31.    On June 7, 2006, officers continued their interview with AUBREY

BUTLER. BUTLER advised that he and another man were co-owners of a company

named DNA2. This was a promotion-style business that BUTLER started from drug

proceeds. In 2004, BUTLER and his associate were selling one-half to one-kilogram of

powder and crack cocaine in the Champaign-Urbana area every two weeks. BUTLER

advised that his main supplier for kilograms of cocaine during this time period was a

source obtained through RASHAUD HARRELL. BUTLER was purchasing one

kilogram of cocaine through RASHAUD HARRELL at a time. RASHAUD HARRELL

had attempted to get BUTLER to purchase as much as three kilograms of cocaine at a

time, but BUTLER advised he did not do this because he was comfortable with the

amount of cocaine he was selling and the profits he was making.

32.    When asked about SASHA DALEY, BUTLER stated that he met SASHA

DALEY through another female. BUTLER advised that SASHA DALEY would drive

11

cash made from the sale of cocaine from Champaign to Chicago, Illinois. SASHA

DALEY was also responsible for driving kilograms of cocaine from Chicago back to

Champaign for distribution.

33.    As part of the ongoing investigation, officers also targeted DANNY O.

CHATMAN, who was believed to be involved in the distribution of cocaine in the

campus area of the University of Illinois. Between February 22, 2006, and March 9, 2006,

officers utilized a confidential informant to conduct four controlled purchases of crack

cocaine in Champaign, Illinois from DANNY CHATMAN. Based on those purchases,

on March 10, 2006, officers executed a search warrant on DANNY CHATMAN'S

residence located at 606½ East Stoughton, Apartment #1, Champaign, Illinois. During

the search, officers seized 188 grams of crack cocaine, 89 grams of powder cocaine, 51

grams of cannabis and $21,044 in cash. Officers also located paperwork containing the

names of SASHA DALEY and others.

34.    During the search, officers interviewed DANNY CHATMAN.

CHATMAN admitted that he was receiving powder cocaine and crack from a subject he

knew as "Mike". DANNY CHATMAN stated "Mike" would bring the powder cocaine

and crack to him pre-packaged for sale. DANNY CHATMAN was receiving nine

ounces of powder cocaine and crack at a time. DANNY CHATMAN also stated that he

had also received one-half kilogram amounts of powder cocaine and crack from

"MIKE" on a few occasions. DANNY CHATMAN further advised that SASHA DALEY

rented an apartment that was used as a "safe house" and was located at 308 West Green

12

Street, Apartment #D, Urbana, Illinois. CHATMAN later agreed to cooperate with the government and pleaded guilty in the Central District of Illinois to possession with the intent to distribute crack cocaine and was sentenced to a term of imprisonment.

35.    On May 24, 2006, officers executed a search warrant at the "safe house" apartment, which was rented by SASHA DALEY, and located at 308 West Green Street, Apartment #D, Urbana, Illinois. Officers confirmed that the apartment was rented in DALEY's name. During the search, officers seized approximately 169 grams of crack cocaine, 341 grams of powder cocaine, packaging material, a digital scale, a Sentry safe, and indicia for NICHOLAS DURHAM. A fingerprint analysis by the Illinois State Police revealed that a latent fingerprint belonging to NICHOLAS DURHAM was contained on the tray of the Sentry safe.

36.    On May 24, 2006, officers interviewed SASHA DALEY. DALEY advised officers that she had sub-leased the apartment at 308 West Green Street, Apartment D, Urbana, Illinois to NICHOLAS DURHAM. DALEY stated she was friends with NICHOLAS DURHAM, and he agreed to pay the rent for this apartment until the lease expired. DALEY admitted that she knew NICHOLAS DURHAM and DANNY CHATMAN were involved with drugs. DALEY also admitted that between the months of October 2005 and January 2006, she transported cash that she knew NICHOLAS DURHAM and another man had made from selling narcotics to Chicago, Illinois. DALEY stated that NICHOLAS DURHAM or the other man would bring the money to

her apartment in Champaign when they were ready for her to drive it to Chicago,
Illinois.

37.     DALEY further advised that she would transport $5,000 to $10,000 at a
time to Chicago, Illinois for NICHOLAS DURHAM and the other man, and that she
made this trip between five and ten times between October 2005 and January 2006 and
was paid $100 for each trip. DALEY advised that she would call a black male identified
as "SP" when she got close to the Interstate 57 and 147th Street Exit in Chicago, Illinois,
and that SP's cellular telephone number was (773) 458-6123. SASHA DALEY stated she
would meet SP in the McDonalds parking lot at this interchange and provide him with
the cash. DALEY claimed to not know any other information about SP. Based on
information developed during the investigation,  officers know that SP is the street
name used by RASHAUD HARRELL.

38.     Between August 4, 2006, and August 10, 2006, officers utilized a
confidential informant to conduct four controlled purchases of crack cocaine from
TIMOTHY HARRELL in Champaign, Illinois. On August 10, 2006, officers confirmed
that HARRELL was traveling to and from a hotel at 409 West University Avenue,
Urbana, Illinois. During this time period, officers also received information from
another confidential informant, who stated that he had been contacted by phone by a
person with a Chicago telephone number and that this person had advised that the
group was back in business. The informant advised that he understood this to mean
that cocaine was available for sale in Champaign and Urbana, Illinois.

14

39.     On August 11, 2006, University of Illinois officers conducted a traffic stop of TIMOTHY HARRELL in Urbana, Illinois. TIMOTHY HARRELL was arrested for driving under the influence of alcohol. Following HARRELL's transport to the local jail facility, officers seized 14.4 grams of crack cocaine and 2.4 grams of powder cocaine from the back seat of the squad car where TIMOTHY HARRELL had been seated.

40.     On August 11, 2006, officers executed a search warrant at TIMOTHY HARRELL's hotel room at 409 West University Avenue, Room #116, Urbana, Illinois. During the search, officers seized 115 grams of powder cocaine, 80 grams of crack cocaine, and $2,000 in cash. A fingerprint analysis by the Illinois States Police revealed that a latent fingerprint belonging to RASHAUD HARRELL was located on the bag which contained the powder and crack cocaine seized from TIMOTHY HARRELL's hotel room.

41.     Following HARRELL's arrest, officers interviewed him. HARRELL stated that he had brought 9 ounces of cocaine to Champaign for distribution. He further stated that the vehicle he was driving at the time of the traffic stop on August 11, 2006, had been rented by a friend named "CARMEN ". HARRELL stated that he did not want to discuss the source of the cocaine without first speaking with an attorney. TIMOTHY HARRELL subsequently pleaded guilty to possession of crack cocaine with the intent to distribute in the Central District of Illinois and was sentenced to a term of imprisonment. He has agreed to cooperate with the government with the hope of receiving a lower sentence.

42.    On August 14, 2006, an officer conducted a telephone interview of CARMEN LANGFORD. LANGFORD advised that she was called by a friend she identified as "TIMOTHY" about renting a car so that he could move to Champaign. She advised that she was paid $100 for renting the vehicle but denied any knowledge of HARRELL's involvement in illegal drugs.

43.    On Monday, April 30, 2007, officers interviewed TIMOTHY HARRELL pursuant to his cooperation agreement with the government. During the interview, HARRELL provided the following information;

HARRELL advised that MAURICE RATHER a/k/a "Wood" a/k/a "Black", and RASHAUD HARRELL, a/k/a "SP", and FOWOWE, a/k/a MELVIN, were involved in the sale of powder cocaine and crack cocaine in Champaign-Urbana, Illinois.

HARRELL advised that MAURICE had approached HARRELL in April 2006 and asked him if he wanted to make some money. MAURICE sent HARRELL to Champaign in April 2006 and had him stay at the Red Roof Inn. MAURICE provided HARRELL with two sacks that contained crack and powder cocaine. The first bag contained several individual bags of crack cocaine and powder cocaine that each weighed approximately 0.8 grams. HARRELL was instructed to sell these bags for $50 each. The second bag contained several individual bags of crack cocaine and powder cocaine that each weighed approximately 1.8 grams. HARRELL was instructed to sell these bags for $100 each.

HARRELL stated that MAURICE initially came down to Champaign and showed HARRELL how to sell the cocaine and crack cocaine. MAURICE provided HARRELL with a cellular telephone. MAURICE would call HARRELL on this cellular telephone and instruct him where to meet customers to sell them either powder cocaine or crack cocaine.

HARRELL stated that on his second trip to Champaign, MAURICE again provided him two bags containing crack cocaine and powder cocaine. HARRELL again stayed at the Red Roof Inn and had the same cellular telephone. MAURICE advised HARRELL that he should have somewhere between $3,000 - $3,500 once all the powder cocaine and crack cocaine was sold. MAURICE paid HARRELL $800 for selling the cocaine on this second trip.

16

HARRELL advised that MELVIN sent him to Champaign on his third trip. MELVIN's real name was Olaitan FOWOWE. HARRELL met FOWOWE in 2000. FOWOWE was a roommate with HARRELL's cousin, RASHAUD HARRELL, a/k/a "SP", in Champaign-Urbana.

HARRELL advised that he had previously asked FOWOWE and RASHAUD if he could come to Champaign to sell cocaine for them. FOWOWE told HARRELL that their "team" was full at that time. In April 2006, FOWOWE came to HARRELL's residence and asked HARRELL if he wanted to make some money. HARRELL stated yes, and FOWOWE thereafter sent him to Champaign-Urbana with powder and crack cocaine.

HARRELL stated FOWOWE instructed him to meet FOWOWE at the residence of KRISTOPHER DAVIS, a/k/a KD, located in the area of 67th and Ridgeland, Chicago, Illinois. FOWOWE brought 9 ounces of powder and crack cocaine for HARRELL to DAVIS's residence. The crack cocaine was bagged in $50 and $100 sacks, and the powder cocaine was bagged in $150 sacks.

When asked if he thought RASHAUD, FOWOWE, and MAURICE were involved in working together, HARRELL replied "no." HARRELL further stated, however, that RASHAUD began pooling money with FOWOWE to purchase drugs.

HARRELL advised that FOWOWE had a friend who worked for a telephone company. FOWOWE had his friend compile his 300 to 400 customer telephone numbers onto one master list. When FOWOWE was sentenced to the Illinois Department of Corrections in 2005, RASHAUD took control of the business during the summer of 2005. During this time period, RASHAUD was also talking with AUBREY BUTLER, a/k/a "E", who was actively selling cocaine in the Champaign-Urbana area. HARRELL was not sure if RASHAUD was also supplying AUBREY BUTLER.

When asked further about the cocaine found at the time of his arrest, HARRELL advised that this cocaine was the same cocaine FOWOWE brought to DAVIS's residence in Chicago. After the cocaine was bagged up, HARRELL took it to his residence but was not comfortable storing it so RASHAUD stored it for HARRELL until FOWOWE made arrangements for HARRELL to travel to Champaign.

FOWOWE made arrangements for HARRELL to meet with a female named CARMEN who was to transport the cocaine to Champaign. RASHAUD drove HARRELL to meet CARMEN so that she could rent a vehicle for HARRELL to drive to Champaign. HARRELL thereafter retrieved the cocaine from RASHAUD, and, at FOWOWE's direction, met with CARMEN again and gave the cocaine to her for transport to Champaign. HARRELL then drove his rental car to Champaign, rented a

17

motel room, and again met with CARMEN and retrieved the cocaine from her. At FOWOWE's direction, HARRELL paid CARMEN money, which was provided by FOWOWE, for her renting HARRELL a car and transporting the cocaine to Champaign. HARRELL then stored the cocaine in his motel room, which was also paid for with money from FOWOWE.

HARRELL advised that FOWOWE provided HARRELL with a cellular telephone and instructed him to answer the phone any time it rang. At first, FOWOWE called HARRELL and instructed him where to meet customers to sell the powder and crack cocaine. These customers were then given the number to his phone and they would call him directly to purchase cocaine.

HARRELL advised that FOWOWE informed him that SASHA, FOWOWE's girlfriend, was going to find HARRELL an apartment in the Champaign-Urbana area. FOWOWE advised HARRELL that once HARRELL was established and all the telephone numbers on the customer list were running in Champaign-Urbana, HARRELL would be selling between 1½ to 2 kilograms of cocaine a month.

44.    In October 2006, a Champaign, Illinois police officer involved in this investigation received an unsolicited cellular telephone call from (217) 390-0280 and spoke with a male subject who identified himself as "MELVIN".  Officers immediately recognized "MELVIN" to be the alias for FOWOWE. MELVIN advised the officer that his group was back in town and ready for business. MELVIN provided the officer with cellular telephone number (217) 390-0280 and instructed him to call that number if he needed anything, apparently referring to cocaine. It is unknown how FOWOWE obtained the officer's department-issued cellular telephone number or why MELVIN apparently believed the officer's number was associated with a drug customer.

45.    As a result of this unsolicited call, I was assigned to work in an undercover capacity and to attempt to contact the phone number provided by FOWOWE to arrange for undercover purchases of cocaine and crack cocaine in

18

Champaign and Urbana, Illinois (I am hereafter referred to as the UC). Between October 10, 2006, and September 26, 2007, the UC has had ongoing cellular phone contact with FOWOWE and has conducted a total of 54 hand-to-hand purchases of cocaine and crack cocaine in Champaign and Urbana from a total of 16 different persons. During that time period, the UC has been provided with a total of 16 different cellular telephone numbers from FOWOWE and other suspects in this case. FOWOWE has also provided the UC with his own various cellular telephone numbers.

46.     On October 22, 2007, United States District Court Judge Michael P. McCuskey, Central District of Illinois, entered an Order authorizing the interception of wire communications associated with cellular telephone number 708-224-5884, a number subscribed to and known by me to be used by FOWOWE.

47.     During interception of FOWOWE's phone conversations with SASHA DALEY, FOWOWE and SASHA DALEY have discused money and have mentioned investing in the stock market. Since FOWOWE has no known legitimate employment and is serving a work-release sentence with the Illinois Department of Corrections, and given FOWOWE's known involvement in drug trafficking, any money possessed by him is most certainly proceeds from drug trafficking.

48.     On October 31, 2007, agents monitoring the interception of wire communications discovered that cellular telephone number (773) 344-5366, which was subscribed to Jerome DALEY, the brother of  Sasha Daley, who is known to be the girlfriend of FOWOWE, was calling FOWOWE on multiple occasions discussing the

19

drug trafficking activities of this organization.

49.    On October 31, 2007, at approximately 4:19 p.m., agents monitored the following conversation between Jerome DALEY and FOWOWE regarding the transporting of currency ("stack"), a known term for drug proceeds:

FOWOWE:    Hello.

DALEY:    Hey.

FOWOWE:    What up?

DALEY:    They only gave me a stack, though.  I was rushing, counting that shit trying to give him directions.

FOWOWE:    Which one?

DALEY:    The first nigger.

FOWOWE:    He didn't give you 12?

DALEY:    No, he gave me a stack.

FOWOWE:    Right.  You back on the road?

DALEY:    Yeah.  You want me to turn back?

FOWOWE:    No, fuck it, you all on the road already.

DALEY:    Yeah.

FOWOWE:    Right.  I'm going to call and let him know that he only gave you a stack.

DALEY:    Right.

FOWOWE:    Right.

50.     On November 5, 2007, at approximately 3:56 p.m., agents monitored the
following conversations between Jerome DALEY and FOWOWE regarding the
transporting of currency, which agents believe to be drug proceeds:

FOWOWE:   Hello.

DALEY:       Hey.  What's that number? (217)...

FOWOWE:   Yeah, 402.

DALEY:       402.

FOWOWE:   0038.

DALEY:       0038.

FOWOWE:   He got 1,850.  Make sure you count it in front of him.

DALEY:       Yeah.

FOWOWE:    Alright.

51.     The 0038 number referred to by both DALEY and FOWOWE is a number
the UC has called during this investigation to arrange for the purchase of crack cocaine.

52.     Also on November 5, 2007, agents conducted a traffic stop of a vehicle in
Champaign and determined that the occupants of the car were JEROME DALEY and
Jason T. DICKERSON, a/k/a "Bama." DALEY was driving the car, which was
determined to be a car leased by FOWOWE from Hertz in South Holland, IL, near
Chicago.

53.     On November 9, 2007, surveillance agents observed Jerome DALEY
operating FOWOWE's vehicle. DALEY was observed following another vehicle

identified as being driven by Jason DICKERSON. The vehicles were traveling south from Chicago, Illinois to Champaign, Illinois. As the vehicles arrived in Champaign, surveillance units observed Jerome DALEY and Jason DICKERSON exit the vehicles and enter an apartment at the corner of Green and States streets in Champaign. Agents observed DICKERSON remove a backpack from the vehicle and put it on. DICKERSON carried the backpack into the apartment. Approximately 16 minutes later, DICKERSON and DALEY were observed exiting the apartment complex. DICKERSON was no longer wearing the backpack.

54. Surveillance agents observed DALEY and DICKERSON standing in front of the apartment complex. Officers observed what appeared to be hand to hand narcotic transactions with two white males, one of whom arrived on a bicycle and the other arrived in a van. Both of these transactions occurred in front of the apartment complex. One transaction appeared to be conducted by DALEY and one appeared to be conducted by DICKERSON.

55. During the agents' monitoring of the wire on that date, agents intercepted a telephone call between Jerome DALEY and FOWOWE. FOWOWE wanted to know from DALEY who had possession of the "backpack." DALEY advised FOWOWE that Jason DICKERSON had the backpack.

56. On November 9, 2007, FOWOWE contacted the UC by phone and advised the UC to use cellular telephone number (217) 402-0273 to arrange for future drug transactions.

57.     On November 14, 2007, the UC received an incoming call from FOWOWE but was unable to answer it. The UC later returned the call to FOWOWE. During the call, FOWOWE asked the UC if the UC had called the new 402-0273 number in Champaign, Illinois to order crack cocaine. The UC responded that he had not called yet. FOWOWE advised the UC that the service and product from the person using the new number was better. The UC expressed concern about the "bags" (referring to crack cocaine) being "light" and asked FOWOWE if the bags would be heavier, to which FOWOWE responded affirmatively. On that same date, the UC later called the 0273 number and spoke with a person later identified as JASON T. DICKERSON, a/k/a "BAMA," and made arrangements to purchase crack cocaine. The UC later met with DICKERSON in Champaign and purchased 1.5 grams of crack cocaine from DICKERSON in exchange for $100.

58.     On November 21, 2007, United States District Court Judge Michael P. McCuskey, Central District of Illinois, entered an Order authorizing the interception of wire communications associated with cellular telephone number 708-781-5472, a second

number known by me to be used by FOWOWE. During interception of conversations between FOWOWE and SASHA DALEY, FOWOWE and DALEY have continued to discuss FOWOWE's money.

Further, Affiant sayeth not.

s/ Matthew D. Henson

Matthew D. Henson, Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me this
_____ day of December 2007.

s/ David G. Bernthal

DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE