**E-FILED**
Monday, 28 July, 2008  01:46:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | NO.:   07-7262-03 |
| RASHAUD C. HARRELL | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**

JUL 2 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## APPEARANCE

I HEREBY ENTER THE APPEARANCE OF

    RASHAUD C. HARRELL

AND MY OWN AS

[X] REGULAR COUNSEL                 [ ] TRIAL COUNSEL
[ ] SPECIAL & LIMITED APPEARANCE   [ ] SUBSTITUTE COUNSEL
[ ] PRO-SE                          [ ] COUNSEL IN FORCIBLE ENTRY
[ ] ADDITIONAL COUNSEL             [ ] APPELLATE COUNSEL
[ ] GUARDIAN AD LITEM

AND AS HIS COUNSEL IN THE ABOVE ENTITLED CASE

SIGNED: _Herbert Abrams_

PRINTED NAME:  Herbert Abrams

Law Offices of Herbert Abrams
5225 Old Orchard Road #50
Skokie, Illinois  60077
(847) 966-6669