UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | NO.: 07-7262-03 |
| RASHAUD C. HARRELL | ) | |
| | ) | |
| Defendant. | ) | |

FILED
JUL 28 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

### MOTION FOR CONTINUANCE

NOW COMES the Defendant, RASHAUD C. HARRELL, by and through his attorney, Herbert Abrams, and respectfully moves this Honorable Court to continue the Preliminary Hearing and Detention Hearing previously set before this Honorable Court. In support of this Motion Defendant states as follows:

1. Attorney Herbert Abrams has just been retained as Counsel for the Defendant and has been informed that this matter is set for a Preliminary and Detention Hearing on July 29, 2008 before U.S. District Judge David G. Bernthal.

2. Attorney of record, Herbert Abrams has filed his appearance in this matter and presently has a conflict on Tuesday, July 29, 2008 on a matter set for trial in the Circuit Court of Cook County.

3. Attorney Herbert Abrams is requesting this Honorable Court to reschedule this matter for 9:00 A.M. or 10:00 A.M. on July 31, 2008. Attorney Herb Abrams has communicated this request to AUSA Bass.

WHEREFORE, Attorney Herbert Abrams request that this court enter an Order continuing this matter until July 31, 2008 and does hereby waive that time period in regards to the Speedy Trial Act.

Respectfully submitted,

*Herbert Abrams*
Herbert Abrams

## CERTIFICATE OF SERVICE

I, Herbert Abrams, do hereby certify, swear, subscribe, and attest that I did serve this Motion for Continuance by Federal Express overnight mail to the Clerk of the United States District Court, Central District of Illinois and to the United States Attorney on this day, July 25, 2008 by regular U.S. Mail before 5:00 p.m.

*Herbert Abrams*
Herbert Abrams

The Law Offices of Herbert Abrams
Attorneys for Defendant
5225 Old Orchard Road, Suite 50
Skokie, Illinois  60077
(847) 966-6669