E-FILED
Wednesday, 30 July, 2008 11:13:18 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

RASHAUD C. HARRELL

**WARRANT FOR ARREST**

Case Number: 07- 7262-03

**FILED**
JUL 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Rashaud C. Harrell _____
                                                       Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

conspiracy to distribute cocaine and cocaine base ("crack")

in violation of Title 21. United States Code, Sections 841(a)(1) and 846.

RECEIVED 2007 DEC -6 P 2:59 US MARSHALS SERVICE CENTRAL ILLINOIS

David G. Bernthal
Name of Issuing Officer
s/ David G. Bernthal
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

December 5, 2007, Urbana, Illinois
Date and Location

BAIL FIXED AT $ NONE      by    DAVID G. BERNTHAL
                                 Name of Judicial Officer

To be considered at initial appearance

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Champaign

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 12/06/07 | Matt Henson | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 07/12/08 | Champaign P.D. | |