

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No. 08-_____ |
| v. | ) ) | Violation: Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A). |
| RASHAUD HARRELL, | ) ) | |
| Defendant. | ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

1. From in or about March 2003, and continuing to December 6, 2007, in the Central District of Illinois, and elsewhere, the defendant,

**RASHAUD HARRELL,**

knowingly and intentionally conspired with OLAITAN FOWOWE, SASHA DALEY, TIMOTHY HARRELL, MAURICE RATHER, and others to distribute a controlled substance, namely, 5 kilograms or more of cocaine and 50 or more grams of a mixture and substance containing cocaine base (crack), Schedule II controlled substances.

2. As part of the conspiracy, FOWOWE and the defendant directed a drug trafficking organization that transported multiple kilograms of cocaine and crack cocaine from Chicago, Illinois to Champaign-Urbana, Illinois for redistribution. In furtherance of that agreement, various individuals, including TIMOTHY HARRELL, were recruited to travel to Champaign-Urbana, Illinois for the purpose of distributing cocaine and crack cocaine. From about March 2003 to December 6, 2007, these

individuals regularly distributed cocaine and crack cocaine in the Champaign-Urbana area.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

A TRUE BILL,

_____
FOREPERSON

_____
RODGER A. HEATON
UNITED STATES ATTORNEY/TB