# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. **08-20039**<br>)<br>) |
| **RASHAUD HARRELL**<br>Defendant | )<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 P.M.** on **10/17/2008,** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **10/27/2008,** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 28th day of August, 2008.


    s/David G. Bernthal

    _____
    DAVID G. BERNTHAL
    U.S. MAGISTRATE JUDGE